## STATEMENT OF FACTS

On November 22, 2020, at approximately 6:33p.m., an individual later identified as Eric Mangold ("Mangold" or "Defendant") was arrested for unlawfully entering the restricted area around the White House.

The White House complex, which includes, among other things, the White House Mansion and the White House grounds, is a restricted area in Washington, D.C. Only people with authorized access are permitted inside the White House complex, which has both permanent and movable security barriers surrounding it ("security barriers"). There are signs posted along the security barriers that state "Restricted Area, Do Not Enter."

At the above listed date and time, United States Secret Service Uniformed Division Officer Daniel Mullen was in full police uniform and walking towards a fixed United States Secret Service post located at the intersection of East Executive Ave, NW and E Street, NW within the secured and restricted area of the White House Complex. At that time, Officer Mullen heard Officer Gerard Boykin say over the radio that there had been a penetration in security by the defendant, later identified by a Texas driver's license as Eric Paul Mangold on a moped through a United States Secret Service vehicle gate located at Alexander Hamilton and 15th Street, NW. This vehicle gate is a point of exit for the White House Complex. At the time, Officer Boykin had just allowed an individual that was leaving the complex out of the gate and was in the process of closing the gate. There are multiple posted signs that state: "Do not Enter. Authorized Entry Only," "Pass holders and Appointments only," and "Warning: weapons prohibited."

While monitoring the radio traffic, Officer Mullen witnessed the defendant on the moped traveling at a high rate of speed turning from Alexander Hamilton southbound to East Executive Avenue and matching the radio description, continue to travel down East Executive Ave, NW unlawfully within the White House Complex.

Officer Mullen gave a loud police command to the defendant to stop while continuing to pursue the defendant who failed to stop. The defendant then proceeded to stop at a vehicle gate located at the intersection of East Executive Ave, NW and E Street, NW inside the White House Complex. The defendant along with several other officers drew their service-issued weapons and gave commands to the defendant to step off of the moped, keep his hands where we could see them, and lay on the ground before Officer Mullen detained the defendant. Officer Mullen asked the defendant if he had any weapons. The defendant responded that he had a knife in his jacket. The defendant had two jackets on. United States Secret Service Uniformed Officer Ryan Morris then began a protective search and search incident to arrest of the defendant and discovered the knife in the defendant's left inner jacket pocket of the inner jacket and a white plastic bag in left outside jacket pocket of the inner jacket. When asked what the bag was the defendant stated, "It was weed."

A NCIC/WALES check of the defendant was requested from the U.S. Secret Service Joint Operations Center (JOC) which came back clear with no wants/warrants. The officers also

Case: 1:20-mj-234
Assigned to: Judge Robin M. Meriweather
Assign Date: 11/23/2020
Description: COMPLAINT W/ARREST WARRANT

requested the JOC to advise if the defendant had an appointment at the White House to which the JOC responded that the defendant did not have an appointment.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 1752(a)(1) and 22 D.C. Code § 3302(b).

_____
Daniel Mullen
Officer, United States Secret Service
Badge Number 2601

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of November, 2020.

_____
The Honorable Robin M. Meriweather
United States Magistrate Judge